**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: Children's National Subpoena No. 25-1431-028 | Case No.: _____ |

**CHILDREN'S NATIONAL HOSPITAL'S**
**MOTION TO LIMIT SUBPOENA DUCES TECUM**

On July 3, 2025, the U.S. Department of Justice ("Requestor") issued Subpoena No. 25-1431-028 ("Subpoena") to Children's National Hospital ("Respondent" or "CNH")[1] pursuant to 18 U.S.C. § 3486. Requestor is an "agency" as defined by 5 U.S.C. § 701(b)(1), and the Subpoena is "administrative" pursuant to 18 U.S.C. § 3486. CNH is a pediatric hospital with locations across Maryland, Washington, D.C., and Virginia.

Respondent possesses medical records and related documentation of individuals treated through CNH's Gender Development Program (collectively, "Patient Records"). The Patient Records contain highly sensitive patient information about individual patients and their families.

The Patient Records demanded by the Requestor are irrelevant to the Requestor's proffered investigation of potential violations of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq*. Further, in demanding the Patient Records, the Subpoena violates the privacy rights of the CNH patients affected and does not account for the sensitive character of the records sought.

Since the issuance of the Subpoena, CNH has expressly reserved its rights with respect to Patient Records (including protected health information and other patient-centric information). CNH has otherwise cooperated with the Requestor and complied, in good faith, with its obligations

---

[1] The Subpoena is addressed to "Children's National Medical Center." However, "Children's National Hospital" is the current trade name and thus it is the entity name that will be used in this matter.

under the Subpoena, including producing hundreds of documents to Requestor. Most recently, Requestor demanded CNH's final position regarding whether it would produce Patient Records pursuant to Subpoena Request Nos. 11–13, and all other Requests to the extent they sought Patient Records.[2]

Respondent hereby moves this Court for an order limiting the specific sections of the Subpoena identified below. In support of this Motion, Respondent incorporates arguments and law set forth in its accompanying Memorandum of Law. Specifically, Respondent seeks to limit the Subpoena to exclude the following:

1. Request 11: "[d]ocuments sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy."

2. Request 12: "documents relating to the clinical indications, diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy" "[f]or each such patient identified in [Request 11]."

3. Request 13: [a]ll documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in [Request 11]," "including any disclosures about off-label use (*i.e.*, uses not approved by the United States Food and Drug Administration) and potential risks."

4. Any and all other Requests enumerated in the Subpoena (Request Nos. 1–15) to the extent that such Requests or sub-Requests call for the production of Patient Records.

---

[2] Requestor's demand for Patient Records *excluded* the moving patients encompassed by the Court's prior Order quashing the Subpoena. *In Re: 2025 Subpoena to Children's National Hospital*, No. 1:25-cv-03780-JRR, Dkt. No. 24 (D. Md. Jan. 21, 2026).

**WHEREFORE**, Children's National Hospital respectfully requests that this Court Limit the Subpoena as requested in this Motion.

Dated: May 8, 2026

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Steven D. Shipe*
Steven D. Shipe (Bar No. 1306190282)
John E. Kelly (*pro hac vice* pending)
Jacquelyn Papish (*pro hac vice* pending)
Victor Obasaju (*pro hac* pending)
Barnes & Thornburg, LLP
555 12th Street, NW – 12th Floor
Washington, D.C. 20004
Steven.Shipe@btlaw.com
JKelly@btlaw.com
Jackie.Papish@btlaw.com
VObasaju@btlaw.com

Telephone: (202) 831-6731

*Counsel for Children's National Hospital*