**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |
| --- | --- |
| In Re: Children's National Subpoena No. 25-1431-028 | Case No.: <br> _____ |

### [PROPOSED] ORDER

Upon consideration of Children's National Hospital's Motion to Limit Administrative Subpoena No. 25-1431-028, any response thereto, it is hereby **ORDERED** that the Subpoena is hereby Limited to exclude any and all Requests enumerated in the Subpoena (Request 1 through Request 15) to the extent that such Requests or sub-Requests call for the production of the identities or health information of Children's National Hospital patients or their families, including but not limited to Requests 11, 12, and 13.

**IT IS SO ORDERED.**

**Dated:**                                                      **BY THE COURT:**

1